UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

  v.

Radwan Malas, et al.,

      Defendant.

Case No: 23-cr-20063

Hon. Jonathan J.C. Grey

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:**    Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of Attorney of record for the above captioned case:

*Add the following Trial Attorney:*

Name: Shane Butland (4951075)
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov

                                               Jerome F. Gorgon Jr.
                                               United States Attorney

                                               *s/Shane Butland*
                                               Shane Butland (4951075)
                                               Trial Attorney
                                               Criminal Division, Fraud Section
                                               U.S. Department of Justice
                                               1400 New York Avenue NW
                                               Washington, DC 20005

Dated: September 11, 2025